UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMIEK BASSIL,<br>also known as "Onion,"<br>DAMIEN JENKINS,<br>also known as "Woe,"<br>TREVON PALMER,<br>also known as "Rocky,"<br>CHARLES MANSON,<br>also known as "Cheese,"<br>VAN ROBINSON,<br>also known as "Boogie,"<br>NATHANIEL RUSSELL,<br>also known as "Thump,"<br>BRIYON SHUFORD,<br>also known as "Breezy,"<br>LYDELL DOUGLAS,<br>also known as "L,"<br>JEROME POWELL,<br>also known as "J Rock,"<br>JASON GREEN,<br>AHMED MIKAL BAILEY,<br>also known as "Ahmed Bailey," and<br>ABRIAN WALKER,<br><br>Defendants. | CRIMINAL NO. 24-CR-226 (BAH)<br><br>VIOLATIONS:<br>21 U.S.C. § 846 and § 860(a)<br>(Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl and Cocaine Base within 1,000 Feet of a Protected Location)<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi)<br>(Unlawful Distribution of Forty Grams or More of Fentanyl)<br>21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii)<br>(Unlawful Distribution of Fifty Grams or More of Methamphetamine)<br>22 D.C. Code § 402<br>(Assault with a Dangerous Weapon)<br>22 D.C. Code § 1805<br>(Aiding and Abetting)<br>22 D.C. Code § 4504(b)<br>(Possession of a Firearm during a Crime of Violence or Dangerous Offense)<br>18 U.S.C. § 922(g)(1)<br>(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment Exceeding One Year)<br>18 U.S.C. § 924(c)(1)(A)(i)<br>(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense)<br>21 U.S.C. § 841(a)(1), § 841(b)(1)(B)(vi), and § 841(b)(1)(C)<br>(Unlawful Possession with Intent to Distribute 10 Grams or More of a Fentanyl Analogue and Cocaine)<br>21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
|---|---|

|  | : | (Unlawful Possession with Intent to Distribute Fentanyl) |
|  | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) (Unlawful Possession with Intent to Distribute Marijuana) |
|  | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Phencyclidine, Cocaine, and Fentanyl) |
|  | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Cocaine and Cocaine Base) |
|  | : | 22 D.C. Code § 404.01 and § 4502 (Aggravated Assault while Armed |
|  | : | FORFEITURE: 21 U.S.C. §§ 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about June 2023, and continuing until May 15, 2024, within the District of Columbia and elsewhere, **JAMIEK BASSIL**, also known as "Onion," **DAMIEN JENKINS**, also known as "Woe," **TREVON PALMER**, also known as "Rocky," **CHARLES MANSON**, also known as "Cheese," **VAN ROBINSON**, also known as "Boogie," **NATHANIEL RUSSELL**, also known as "Thump," **BRIYON SHUFORD**, also known as "Breezy," **LYDELL DOUGLAS**, also known as "L," **JEROME POWELL**, also known as "J Rock," **JASON GREEN, AHMED MIKAL BAILEY**, also known as "Ahmed Bailey," and **ABRIAN WALKER**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute four hundred grams or more of a

mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(vi), 841(b)(1)(C), and 860(a), within one thousand feet of the real property comprising a protected location, including Phelps High School and AppleTree Early Learning Public Charter School, public schools in the District of Columbia.

Quantity of Narcotics Involved in the Conspiracy:

With respect to defendant **JAMIEK BASSIL, also known as "Onion,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 860(a).

With respect to defendant **DAMIEN JENKINS, also known as "Woe,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **TREVON PALMER, also known as "Rocky,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved

four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **CHARLES MANSON, also known as "Cheese,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, 10 grams or more of a mixture and substance a detectable amount of a fentanyl analogue, a Schedule I narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **VAN ROBINSON, also known as "Boogie,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **NATHANIEL RUSSELL, also known as "Thump,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count

One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 860(a).

With respect to defendant **BRIYON SHUFORD, also known as "Breezy,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 860(a).

With respect to defendant **LYDELL DOUGLAS, also known as "L,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

With respect to defendant **JEROME POWELL, also known as "J Rock,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

With respect to defendant **JASON GREEN,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other

members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

With respect to defendant **AHMED MIKAL BAILEY, also known as "Ahmed Bailey,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

With respect to defendant **ABRIAN WALKER,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

(**Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl and Cocaine Base Within 1,000 Feet of a Protected Location**, in violation of Title 21, United States Code, Sections 846 and 860(a))

## COUNT TWO

On or about February 2, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT THREE

On or about February 5, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT FOUR

On or about February 13, 2024, within the District of Columbia, **JAMIEK BASSIL, also known as "Onion,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT FIVE

On or about February 14, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT SIX

On or about February 15, 2024, within the District of Columbia, **JAMIEK BASSIL, also known as "Onion,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of

a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

    **(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT SEVEN

On or about February 15, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

    **(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT EIGHT

On or about February 21, 2024, within the District of Columbia, **NATHANIEL RUSSELL, also known as "Thump," and JAMIEK BASSIL, also known as "Onion,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

    **(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT NINE

On or about February 23, 2024, within the District of Columbia, **NATHANIEL RUSSELL, also known as "Thump," and JAMIEK BASSIL, also known as "Onion"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

    **(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT TEN

On or about February 29, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT ELEVEN

On or about March 1, 2024, within the District of Columbia, **NATHANIEL RUSSELL, also known as "Thump," and JAMIEK BASSIL, also known as "Onion"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT TWELVE

On or about March 15, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT THIRTEEN

On or about March 20, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 50 grams or more of

a mixture and substance containing a detectable amount of methamphetamine, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Fifty Grams or More of Methamphetamine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii))

### COUNT FOURTEEN

On or about March 29, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT FIFTEEN

On or about March 7, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2011-CF3-11640 and 2009-CF3-24771, did unlawfully and knowingly receive and possess ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Sections 922(g)(1))

## COUNT SIXTEEN

On or about March 7, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** and **DAMIEN JENKINS, also known as "Woe,"** assaulted T.J. with a dangerous weapon, that is, a firearm.

>  (**Assault with a Dangerous Weapon and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 402, 1805)

## COUNT SEVENTEEN

On or about March 7, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** did possess a firearm, that is, a handgun, while committing the crime of Assault with a Dangerous Weapon, as set forth in Count Sixteen of this indictment.

>  (**Possession of a Firearm during a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b))

## COUNT EIGHTEEN

On or about April 19, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Fairfax County, Virginia, Criminal Case No. CR15F00050-51, did unlawfully and knowingly receive and possess ammunition, that is, 7.62 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>  (**Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT NINETEEN

On or about April 19, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** while armed with a firearm, by any means, knowingly and purposely caused serious body injury to J.T., M.B., T.T., and T.W.

(**Aggravated Assault While Armed and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 404.01, 4502, and 1805)

## COUNT TWENTY

On or about April 19, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky"** assaulted J.T., M.B., T.T., and T.W. with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 402 and 1805)

## COUNT TWENTY-ONE

On or about April 19, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky"** did possess a firearm while committing the crimes of Aggravated Assault While Armed and Assault with a Dangerous Weapon, as set forth in Counts Nineteen and Twenty of this indictment.

(**Possession of a Firearm during a Crime of Violence or Dangerous Offense and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 4504(b) and 1805)

## COUNT TWENTY-TWO

On or about May 15, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2012-CF3-19412, did unlawfully and knowingly receive and possess a firearm, that is, a Silver Sterling Arms .22 caliber handgun, serial number E10468, an AK pistol, serial number ZAPA1100812, and a Ruger LCP .380 caliber handgun, serial number 371246204, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, 9mm ammunition, and 7.62 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT TWENTY-THREE

On or about May 15, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Silver Sterling Arms .22 caliber handgun, serial number E10468, an AK style pistol, serial number ZAPA1100812; and a Ruger LCP .380 caliber handgun, serial number 371246204.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

### COUNT TWENTY-FOUR

On or about May 15, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** did unlawfully, knowingly, and intentionally possess with intent to distribute 10 grams or more of a mixture and substance containing a detectable amount of a fentanyl analogue, a Schedule I narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute 10 Grams or More of a Fentanyl Analogue and Cocaine**, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C))

### COUNT TWENTY-FIVE

On or about May 15, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2011-CF3-11640 and 2009-CF3-24771, did unlawfully and knowingly

and possess a firearm, that is, a Glock 19, serial number BGSV071, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT TWENTY-SIX

On or about May 15, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One and Twenty-Four of this Indictment which is incorporated herein, a firearm, that is, a Glock 19, serial number BGSV071.

(**Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

### COUNT TWENTY-SEVEN

On or about May 15, 2024, within the District of Columbia, **VAN ROBINSON, also known as "Boogie,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

### COUNT TWENTY-EIGHT

On or about May 15, 2024, within the District of Columbia, **VAN ROBINSON, also known as "Boogie,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2005-FEL-3443, did unlawfully and knowingly receive and possess a firearm,

that is, a Glock 27, serial number WUN890, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWENTY-NINE

On or about May 15, 2024, within the District of Columbia, **VAN ROBINSON, also known as "Boogie,"** did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One and Twenty-Seven of this Indictment which is incorporated herein, a firearm, that is, a Glock 27, serial number WUN890.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## COUNT THIRTY

On or about May 15, 2024, within the District of Columbia, **BRIYON SHUFORD, also known as "Breezy,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D))

## COUNT THIRTY-ONE

On or about May 15, 2024, within the District of Columbia, **BRIYON SHUFORD, also known as "Breezy,"** did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a crime of violence or drug trafficking offense, for which he may be

prosecuted in a court of the United States, that is, Count Thirty of this Indictment which is incorporated herein, a firearm, that is, a Glock 30, serial number LWT335.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

### COUNT THIRTY-TWO

On or about May 15, 2024, within the District of Columbia, **LYDELL DOUGLAS, also known as "L,"** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Phencyclidine, Cocaine, and Fentanyl**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

### COUNT THIRTY-THREE

On or about May 15, 2024, within the District of Columbia, **LYDELL DOUGLAS, also known as "L,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2005-FEL-3585, did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT THIRTY-FOUR

On or about May 15, 2024, within the District of Columbia, **JASON GREEN**, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one

year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2006-CF2-10378, and 1994-FEL-10834, and in the United States District Court for the District of Columbia, Criminal Case Nos. 02-cr-00177 and 97-cr-00402, did unlawfully and knowingly receive and possess a firearm, that is, a Smith & Wesson .45 caliber handgun, serial number NDL5377, a Taurus 9mm handgun, serial number TLT69638, a Taurus 9mm handgun, serial number ABA212589, a Taurus .40 caliber handgun, serial number SAM90460, a Smith & Wesson .40 caliber handgun, serial number SET6195, a Tech 9 firearm, serial number A015685, a AR-15 firearm, serial number MSA102384, and a Magnum Research .50 pistol, serial number MR000337, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, 9mm ammunition, and .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT THIRTY-FIVE

On or about May 15, 2024, within the District of Columbia, **AHMED MIKAL BAILEY, also known as "Ahmed Bailey,"** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, Schedule II narcotic drug controlled substances.

**(Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THIRTY-SIX

On or about May 15, 2024, within the District of Columbia, **AHMED MIKAL BAILEY, also known as "Ahmed Bailey,"** did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a crime of violence or drug trafficking offense, for

which he may be prosecuted in a court of the United States, that is, Counts One and Thirty-Five of this Indictment which is incorporated herein, a firearm, that is, a Glock 26, serial number BTEX813, and a Glock 22, serial number HHC899.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One through Fourteen, Twenty-Four, Twenty-Seven, Thirty, Thirty-Two, and Thirty-Five of this indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

2. Upon conviction of any of the offenses alleged in Counts Fifteen, Eighteen, Twenty-Two, Twenty-Three, Twenty-Five, Twenty-Six, Twenty-Eight, Twenty-Nine, Thirty-One, Thirty-Three, Thirty-Four, and Thirty-Six of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p), Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*

Attorney of the United States in
and for the District of Columbia.